# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERTO SERNA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SULLIVAN, et al.,<br><br>　　　　　　Defendants. | 1:18-cv-01650-LJO-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE**<br>**(ECF No. 14.)**<br><br>**OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

Norberto Serna ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. On June 11, 2018, Plaintiff filed the Complaint commencing this action at the United States District Court for the Northern District of California. (ECF No. 1.) The Complaint was not signed. On August 15, 2018, the Northern District court notified Plaintiff that he had not signed the Complaint, and on August 27, 2018, Plaintiff re-submitted the Complaint bearing his signature. (ECF No. 5.)

On November 19, 2018, the Northern District court dismissed Plaintiff's claims against Santa Clara County Superior Court and transferred the remaining claims to this court. (ECF No. 9.)

1

On September 27, 2019, the court screened the signed Complaint and issued an order dismissing the Complaint for failure to state a claim and for violation of Rule 18 of the Federal Rules of Civil Procedure, with leave to file an amended complaint within thirty days. (ECF No. 14.) The thirty-day deadline has now expired and Plaintiff has not filed an amended complaint or otherwise responded to the court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A, this case be DISMISSED, with prejudice, based on Plaintiff's failure to obey a court order, failure to prosecute, violation of Rule 18(a), and failure to state a claim upon which relief may be granted under § 1983 or the ADA; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **December 5, 2019**                **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE