# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERTO SERNA,<br><br>               Plaintiff,<br><br>    v.<br><br>SULLIVAN, et al.,<br><br>               Defendants. | 1:18-cv-01650-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(DOC. NOS. 19, 21) |

      Norberto Serna ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 13, 2020, findings and recommendations were entered, recommending that this case be dismissed due to plaintiff's failure to state a claim upon which relief may be granted under § 1983 or the ADA. (ECF No. 21.) On May 8, 2020, Plaintiff filed objections to the findings and recommendations.[1] (ECF No. 22.)

---

[1] On May 14, 2020, the court granted plaintiff's request for extension of time to file objections. (Doc. Nos. 22, 23.) On May 29, 2020, plaintiff advised the court that he made all of his objections to the findings and recommendations in his May 8, 2020 filing (Doc. No. 24.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued by the Magistrate Judge on April 13, 2020, are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983 or the ADA; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 25, 2020**

_____
UNITED STATES DISTRICT JUDGE